UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Orton Reynolds et al.,

                Plaintiffs,

    -against-

Barnard College,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2022

1:20-cv-08708 (JPO)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, February 23, 2022, at 11:00 a.m. The settlement shall proceed by telephone. The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron, except that the deadline for the parties to exchange a demand and offer shall be Tuesday, February 15, 2022, and the deadline for the parties to email to the Court (at Aaron_NYSDChambers@nysd.uscourts.gov) their ex parte settlement submissions shall be Wednesday, February 16, 2022, at 5:00 p.m.

SO ORDERED.

Dated:    New York, New York
            January 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge